# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135904

ALONZO MORGAN and DONITA MORGAN,
        Plaintiffs-Appellants,

v

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.,
        Defendant-Appellee.

SC: 135904
COA: 276119
Oakland CC: 2005-070261-CK

_____/

On order of the Court, the application for leave to appeal the January 17, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

Clerk

d0519